```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA                      :
                                              :   ORDER
                                              :
            -against-                         :
                                              :   13 Cr. 960(AKH)
Felipe Diaz,                                  :
                                              :
                        Defendant.            :
-------------------------------------------------------x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Felipe Diaz, having been sentenced to time served, on indictment 13 Cr.960, shall be released from the custody of the United States Marshals; subject to any immigration detainer.

SO ORDERED.

Dated:     December 2, 2019
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/19