UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA
               - v. -

FELIPE DIAZ,

             Defendant.

- - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/20

**UNSEALING ORDER**

S1 13 Cr. 960 (AKH)

WHEREAS on December 16, 2015, Superseding Information S1 13 Cr. 960 (AKH) was filed under seal, charging the defendant in one count, and the defendant pled guilty to that count;

WHEREAS on December 2, 2019, the Court imposed sentence upon the defendant, and the defendant's case accordingly has concluded;

WHEREAS there is no basis to continue sealing of Superseding Information S1 13 Cr. 960 (AKH);

IT IS HEREBY ORDERED that that Superseding Information S1 13 Cr. 960 (AKH), be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       January 7 , 2020

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE